UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SUZANNE MCDONOUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-cv-1425-JES-JEH |
| | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

On November 29, 2018, a Report & Recommendation was filed by Magistrate Judge Jonathan Hawley in the above captioned case. Doc. 19. More than fourteen (14) days have elapsed since the filing of the Report & Recommendation, and no objections have been made. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *Lockert v. Faulkner*, 843 F.2d 1015 (7th Cir. 1988); and *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986). As the parties failed to present timely objections, any such objections have been waived. *Id*.

The relevant procedural history is sufficiently set forth in the comprehensive Report & Recommendation of the Magistrate Judge. Plaintiff claims 1) the ALJ erred in finding that she could PRW as a clinical social worker; 2) the ALJ erred in failing to consider the combined effect of her medically determinable impairments; 3) the ALJ erred in weighing medical opinion evidence; and 4) the ALJ erred in assessing her RFC as well as her subjective allegations that addressed the intensity, persistence, and limiting effects of her pain and symptoms. The Court concurs with the Magistrate Judge's detailed discussion and recommendation.

Accordingly, the Court now adopts the Report & Recommendation (Doc. 19) of the Magistrate Judge in its entirety.  Defendant's Motion for Summary Affirmance (Doc. 16) is GRANTED and Plaintiff's Motion (Doc. 12) for Summary Judgment is DENIED.

This case is now terminated.

Signed on this 27th day of December, 2018.

<u>s/ James E. Shadid</u>
James E. Shadid
Chief United States District Judge